Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Benjamin R. Lemke, Esq. (Cal. Bar No. 271706)
Mount, Spelman & Fingerman, P.C.
Riverpark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: kspelman@mount.com; dfingerman@mount.com;
          blemke@mount.com

Counsel for San Francisco Technology Inc.

United States District Court
Northern District of California, Oakland Division

| San Francisco Technology Inc. | Case No. 4:11-cv-02178-DMR |
|---|---|
| Plaintiff | **Notice of Voluntary Dismissal of Defendant Pearhead Inc.** |
| vs. | |
| Pearhead Inc. | |
| Defendant | |

1  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff San
2  Francisco Technology Inc. voluntarily dismisses defendant Pearhead Inc. without prejudice, each
3  party to bear their own costs, expenses, and attorney's fees.

September 13, 2011                     Mount, Spelman & Fingerman, P.C.
                                                        /s/ Benjamin R. Lemke
                                      Counsel for San Francisco Technology Inc.

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000